RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

APR 19 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX LLOYD,<br><br>Defendant. | Case No. CR 22-0083-CBLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(2)<br>18 U.S.C. § 2256(8)(A)<br>18 U.S.C. § 2253 |

The Grand Jury charges:

### COUNT ONE
**Possession of Child Pornography**
**18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), & 2256(8)(A)**

On or about the dates March 22, 2021 through January 12, 2022, in the District of Idaho, the Defendant, ALEX LLOYD, did knowingly possess materials, to-wit: an Apple iPhone 8 bearing International Mobile Equipment Identifier 356700088714345, which contained child pornography, as defined in 18 U.S.C. § 2256(8)(A), that is, one or more visual depictions, the production of which the Defendant knew involved the use of a minor engaging in sexually

INDICTMENT - 1

explicit conduct, and which involved a prepubescent minor or a minor who had not attained 12 years of age, which image or images have been transported using the internet, a means and facility of interstate commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256(8)(A).

## CRIMINAL FORFEITURE ALLEGATION
### Sexual Exploitation Forfeiture
### 18 U.S.C. § 2253

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, ALEX LLOYD, shall forfeit to the United States his interest in (1) any visual depiction described in 18 U.S.C. §§ 2251 & 2252, et. seq., and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of 18 U.S.C. §§ 2251 & 2252, et. seq.; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the foregoing offense, including property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

    a. An Apple iPhone 8 bearing International Mobile Equipment Identifier 356700088714345

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

INDICTMENT - 2

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 19th day of April 2022.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
By:

DAVID G. ROBINS
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 3