# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Alex Lloyd** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Summons |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Lawrence Mowery | INTERPRETER: No |
| Telephone No.: (208) 301-4883 | If YES, language: |
| AGENCY: Moscow Police Department | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: CR 22-0083-C DCN |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Latah** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **4 days** |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), & 2256(8)(A) | ONE | Possession of Child Pornography | Up to 20 years of imprisonment/ not less than 5 years to lifetime supervised release / $250,000 fine, $5,100 Special Assessment |
| 18 U.S.C. § 2253 | CRIMINAL FORFEITURE ALLEGATION | Sexual Exploitation Forfeiture | Forfeiture of Listed Property |

Date: April 19, 2022    Assistant U.S. Attorney: DAVID G. ROBINS
Telephone No.: (208) 334-1211

U.S. COURTS
APR 19 2022
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO