**<u>CRIMINAL PROCEEDINGS</u> – Video Change of Plea**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge: Debora K. Grasham | Date: August 25, 2022 |
| Courtroom Deputy/ESR: Amy Tate | Time: 2:28-3:00 PM MT |
| | Location: Zoom |

**UNITED STATES OF AMERICA vs. ALEX LLOYD**
**Case No.:** 3:22-cr-00083-BLW

Counsel for United States: AUSA David Robins
Counsel for Defendant: Nicolas Vieth, retained

Defendant and counsel consent to proceed via video conference.
Defendant placed under oath.
☒ Oral Waiver of Right to District Judge. Written waiver forthcoming
Defendant found competent to enter a knowing and voluntary plea.
Defendant is satisfied with representation of counsel.
Government stated for the record the elements and evidence of the charge(s).
Defendant advised of the sentencing guidelines and maximum penalties.
Defendant's Constitutional Rights explained.
Defendant agrees with the elements of the charge(s) as stated by the Government.
Plea Agreement discussed and Defendant understands the terms of the agreement.
Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
Defendant entered a plea of guilty to Count(s) 1 of Indictment.
Plea accepted by the Court.
**Sentencing set before Judge B. Lynn Winmill: December 19, 2022 at 3:30 PM**
Court ordered a presentence investigation report.
    Original report to Counsel:   November 7, 2022
    Notification of Objections: November 21, 2022
    Final Report Due: December 5, 2022
☒Report and Recommendation shall be entered.
The Court determined the Defendant is not likely to flee or pose a danger to the safety of the community and extraordinary circumstances exist to allow the Defendant to remain on pretrial release.

<u>Any motions for departure, sentencing memorandums or letters in support must be filed seven (7) days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.</u>